```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                     **Case No. 11-71526 WJL**

**LEA ANNE WOODROW,**                 **Chapter 13**

               **Debtor.**                     **MOTION TO MODIFY CHAPTER 13 PLAN**

_____/

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    The 2000 Ford Mustang will by paid directly to Sonoma Federal Credit Union by the co-debtor. Contra Costa County Treasurer-Tax Collector will not be paid through the Chapter 13 plan as EMC / JPMorgan Chase Bank, NA paid the property taxes. The loan of 1st United Services Credit Union for the 2005 Nissan Quest was paid off prior to the bankruptcy filing.

    Commencing April 2012 and through October 2012 debtor will pay $1,850.00 per month to the Trustee. Commencing November 2012 and through October 2013 Debtor will pay $2,100.00 per month to the Trustee. Commencing November 2013 and through October 2014 Debtor will pay $2,300.00 per month to the Trustee. Commencing November 2014 and continuing thereafter, Debtor will pay $2,350.00 per month to the

Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:
To remove loans from the Chapter 13 plan which have been paid, or will be paid outside of the Chapter 13 plan.

Dated: April 30, 2012

                                  /s/ Anne Y. Shiau
                                  ANNE Y. SHIAU
                                  Attorney for Debtor